**Order entered September 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00851-CV

### MERRITT, HAWKINS & ASSOCIATES, LLC, Appellant

### V.

### CHRIS CAPORICCI AND MATTHEW CUMMINS, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13851**

## ORDER

We **GRANT** appellant's September 28, 2015 unopposed motion to extend time to file

brief and **ORDER** the brief be filed no later than October 19, 2015.


/s/     CRAIG STODDART
JUSTICE